In re Parental Rights to S.J.A. State, Respondent, v. Jimma, Petitioner, No. 93446-1. Petition for review of a decision of the Court of Appeals, No. 73445-8-I, June 28, 2016. *Denied* January 4, 2017.

*Roake, Respondent, v. Delman, Petitioner*, No. 93456-8. Petition for review of a decision of the Court of Appeals, No. 73337-1-I, June 13, 2016, 194 Wn. App. 442. *Granted* January 5, 2017.

*State, Respondent, v. Buckman, Petitioner*, No. 93545-9. Petition for review of a decision of the Court of Appeals, No. 46967-7-II, July 26, 2016, 195 Wn. App. 224. *Granted* January 5, 2017.

City of Seattle, Respondent, v. Erickson, Petitioner, No. 93408-8. Motion for discretionary review of a decision of the Court of Appeals, No. 73754-6-I, June 24, 2016. *Granted* January 5, 2017.

*State, Respondent, v. Thompson, Petitioner*, No. 93376-6. Petition for review of a decision of the Court of Appeals, No. 47229-5-II, June 14, 2016, 194 Wn. App. 1031. *Denied* January 5, 2017.

*State, Respondent, v. Effinger, Petitioner*, No. 93459-2. Petition for review of a decision of the Court of Appeals, No. 46445-4-II, June 15, 2016, 194 Wn. App. 554. *Denied* January 5, 2017.

*State, Respondent, v. Potts, Petitioner*, No. 93573-4. Petition for review of a decision of the Court of Appeals, Nos. 45724-5-II and 46300-8-II, July 6, 2016, 194 Wn. App. 1049. *Denied* January 23, 2017.